# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-719 MRW | Date | March 31, 2022 |
|---|---|---|---|
| Title | Agora Temple v. City of Los Angeles | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER DISMISSING CASE**

    Plaintiff filed a notice dismissing this case without prejudice.  (Docket # 16.)  This action is dismissed without prejudice.